### United States District Court for the Western District of Washington

| Plaintiff / Petitioner:<br>Sankaranarayanan | Case No:<br>24-1745-RAJ |
|---|---|
| Defendant / Respondent:<br>Sashidhar | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Fri, Nov 01 2024 at 03:15 PM, at the address of 4850 156th Avenue Northeast Apt 81, within Redmond, WA 98052, the undersigned duly served the following documents: Civil Cover Sheet, Summons, Verified Petition for Return of Child to Singapore, Petitioner's Motion for Alternative Service of Process in the above entitled action upon Dhivya Sashidhar, by then and there, at the residence and usual place of abode of said person, personally delivering 1 true and correct copy of the above documents into the hands of and leaving same with Dhivya Sashidhar.

Description:
Age: 40s   Ethnicity: Asian   Gender: Female   Weight: 125lbs   Height: 5'4"   Hair: Brown   Eyes: Brown

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date: 11/4/2024

Sarah Noble
2420886
Seattle Messenger Cooperative
1522 Western Ave
Seattle, WA 98101
260-341-0961