HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRASANNA SANKARANARAYANAN,<br><br>Petitioner,<br><br>vs.<br><br>DHIVYA SASHIDHAR,<br><br>Respondent. | Case No. 24-cv-01745-RAJ<br><br>**ORDER** |

## I.      INTRODUCTION

THIS MATTER is before the Court on Petitioner's Motion to Expedite Proceedings and Issuance of Show Cause Order ("Petitioner's Motion"). Dkt. # 7. The Court has reviewed the motion, the materials filed in support of the motion, the balance of the record, and the governing law. For the reasons stated below, The Court GRANTS in part and DENIES in Petitioner's Motion. Dkt. # 7.

## II.      BACKGROUND

On October 25, 2024, Petitioner Prasana Sankaranarayanan, initiated this action, by filing a Petition for Return of Child to the State of Habitual Residence. Dkt. # 1. On November 1, 2024, Respondent, Dhivya Sashidhar, was served with summons and complaint in Redmond, Washington. Dkt. # 8. Petitioner alleges that Ms. Sashidhar

ORDER – 1

unlawfully removed the parties' minor son, S.A., from Singapore to the United States. Dkt. # 1 ¶ 1.

Petitioner's Motion seeks an order: (1) setting an expedited hearing on the Verified Petition; (2) issue an order following the hearing, directing that S.A. (the "Child") shall be returned to Petitioner; (3) issue an immediate order prohibiting the removal of the Child from the jurisdiction of this Court, pending a hearing on the merits of the Verified Petition forbidding the removal of the child from the Western District of Washington without prior approval from the court; (4) issue an immediate order that Respondent surrender any and all of her passports and all of the passports of the Child; (5) issue an order directing Respondent to pay Petitioner for all costs and fees incurred to date by reason of the Child's wrongful removal pursuant to 22 U.S.C. § 9007(b)(3) and the Hague Convention, Article 26; and (6) provide such further relief as justice and its cause may require. Dkt. # 7 at 18–19.

### III.  ANALYSIS

This action arises under the Hague Convention on the Civil Aspects of International Child Abduction, Oct. 25, 1980, T.I.A.S. No. 11,670, 1343 U.N.T.S. 49 (the "Convention"). The United States implemented the Convention through the enactment of the International Child Abduction Remedies Act. See 22 U.S.C. §§ 9001-9011. This court may "take or cause to be taken measures under Federal or State law, as appropriate, to protect the well-being of the child involved or to prevent the child's further removal or concealment before the final disposition of the petition." 22 U.S.C. § 9004(a). Courts deciding petitions under the

Hague Convention have the authority to order the United States Marshal to serve a respondent and seize travel documents. *See Rosas v. Saavedra,* No. C23-1549-JLR, 2023 WL 7001641, at *1 (W.D. Wash. Oct. 24, 2023) (directing the U.S. Marshal to seize all passports and travel documents for Respondent and child); *In re Lozano*, 809 F. Supp. 2d 197, 202 (S.D.N.Y. 2011) (directing the U.S. Marshal to serve Respondent and seize all

ORDER – 2

passports and travel documents for Respondent and child); *see also Axford v. Axford*, No. 09-cv-2914, 2009 WL 2030755, at *5 (E.D. Pa. July 10, 2009).

## IV.  CONCLUSION

The Court finds there has been good cause shown to grant the relief below. Accordingly, the court **GRANTS** in part and **DENIES** in part Petitioner's Motion, Dkt. # 7, and ORDERS as follows:

1. Ms. Sashidhar shall surrender the passport and travel documents for the child, S.A. to the U.S. District Court's Clerk's Office in Seattle;

2. Ms. Sashidhar shall not remove S.A. from the Western District of Washington without prior written approval from the Court;

3. Any opposition to the petition shall be filed no later than Monday, **November 27, 2024, at 12:00 P.M.**; and

4. Petitioner and Respondent shall appear before the court for an evidentiary hearing on the petition on **Tuesday, December 3, 2024 at 9:00am** at the United States Courthouse, 700 Stewart Street, Seattle, Washington, in Courtroom 13106.

The Court **DENIES** Petitioner's requests for any fees at this time.

Dated this 15th day of November, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 3