AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| PRASANNA SANKARANARAYANAN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-1745 |
| DHIVYA SASHIDHAR ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DHIVYA SASHIDHAR

Date:   11/20/2024

*Attorney's signature*

Sherri M. Anderson, WSBA No. 13100
*Printed name and bar number*

LAW OFFICES OF
SHERRI M. ANDERSON, INC., P.S.
9 LAKE BELLEVUE DRIVE, SUITE 218
BELLEVUE, WASHINGTON 98005
*Address*

sherria@smalaw.biz
*E-mail address*

(425) 362-6874
*Telephone number*

(206) 641-3233
*FAX number*