## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Nancy Bauer  
Judicial Officer: Richard A. Jones

Case No.: 2:24-cv-01745-RAJ  
Case Name: Sankaranarayanan v. Sashidhar

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 11/22/2024 | Telephonic Conference | Nancy Bauer |
| | | |
| | | |
| | | |

For Appeal? ✓ No ☐ Yes  Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

**Please choose one:** — Maximum Transcript Fees – Per Page

| | | Original | 1st Copy | 2nd Copy | Requested Delivery Date* |
|---|---|---|---|---|---|
| ☐ | Ordinary Transcript (30 day) | $4.40 | $1.10 | $.75 | *Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored **when possible.** |
| ☐ | 14-Day Transcript (14 day) | $5.10 | $1.10 | $.75 | |
| ☐ | Expedited Transcript (7 day) | $5.85 | $1.10 | $.75 | |
| ☐ | 3-Day Transcript (3 day) | $6.55 | $1.30 | $.90 | |
| ✓ | Daily Transcript (next morning) | $7.30 | $1.45 | $1.10 | |
| ☐ | Hourly Transcript (2-hour) | $8.70 | $1.45 | $1.10 | |
| ☐ | Realtime Transcript | $3.70 | ------- | ------- | |

✓ PDF (default delivery format)

Email address for delivery of PDF transcript: hmchale@gkmrlaw.com

Additional Comments:

| Contact Information | |
|---|---|
| Name: | Holly McHale |
| Phone: | (212) 681-6400   Email: hmchale@gkmrlaw.com |
| Firm: | Green Kaminer Min & Rockmore LLP |
| Street Address: | 420 Lexington Ave. Ste. 2821 |
| City/State/Zip: | New York, NY 10170 |
| Billing Reference # (if applicable): | |

*Holly McHale*  
Signature

11/25/2024  
Date

[ PRINT ]     [ SAVE AS ]     [ RESET ]