HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRASANNA SANKARANARAYANAN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DHIVYA SASHIDHAR,<br><br>　　　　Respondent. | Case No. 24-cv-01745-RAJ<br><br>ORDER |

  Before the Court is the Verified Peition for Return of the Child to Singapore (the "Petition") filed by petitioner Prasanna Sankaranarayanan (the "Petitioner"), against the Respondent, Dhivya Sashidhar (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA"). Dkt. # 1. The Parties filed a Proposed Stipulated Pretrial Scheduling Order ("Proposed Scheduling Order").  Dkt. # 21; Dkt. # 21-1.

ORDER – 1

The Parties could not agree on dates for expert reports and requested the Court's intervention to set these deadlines. Dkt. # 21 at 2. The Court sets forth a schedule and modifies the Proposed Scheduling Order, it is hereby:

1. ORDERED, that Respondent shall serve Expert Disclosures no later than December 2, 2024; and it is further

2. ORDERED, that the parties shall serve their Initial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1) no later than December 5, 2024; and it is further

3. ORDERED, that Respondent shall provide full and complete Expert Reports no later than December 9, 2024 at 12:00 pm PT; and it is further

4. ORDERED, that the parties serve discovery demands limited to the discovery discussed at hearing on November 22, 2024, no later than December 6, 2024, with discovery responses no later than December 17, 2024, at 12:00 pm PT; and it is further

5. ORDERED, that Petitioner be deposed by December 19, 2024, all depositions shall be completed no later than December 20, 2024, and that depositions shall be held remotely or in person if available; and it is further

6. ORDERED, that the parties shall exchange Exhibits, Exhibit Lists, and Witness Lists by December 23, 2024; and it is further

7. ORDERED, that the parties shall provide full and complete Rebuttal Expert Reports no later than December 20, 2024; and it is further

8. ORDERED, that the parties shall file any objections to exhibits and witnesses, and Motions in Limine, no later than December 20, 2024; and it is further

9. ORDERED, that the parties shall each file Pretrial Briefs by December 27, 2024; and it is further

ORDER – 2

10. ORDERED, that the parties shall each submit to the Court their Proposed Exhibits, Exhibit List and Witness list no later than December 30, 2024; and it is further

11. ORDERED, that the parties shall file their respective responses to objections and Motions in Limine no later than December 30, 2024; and it is further

12. ORDERED, that the evidentiary hearing on the Petition shall now be held on January 6, 2025, at 9:00am at the United States Courthouse, 700 Stewart Street, Washington, in Courtroom 13106.

Dated this 3rd day of December, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 3