

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF WASHINGTON
Passport/ID Receipt

Court Location: Seattle

Defendant: A.S.

Received from: Dhivya Sashidhar

Date: 11/22/2024

Case Number: 24-cv-1745-RAJ

Item type: Passport or identification

Item: U.S. Passport

Quantity: 1

Expiration date: 10/9/2025