The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: the Application of: | Case No.: 2:24-cv-01745-RAJ |
| PRASANNA SANKARANARAYANAN, | |
| Petitioner, | |
| v. | [PROPOSED] STIPULATED ORDER RE: SCHEDULING |
| DHIVYA SASHIDHAR, | |
| Respondent. | |

The Convention on the Civil Aspects of International Child Abduction
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq*.

COMES NOW, Respondent Dhivya Sashidhar, by and through her attorneys of record, Katrina Seipel, Katelyn Skinner, and Buckley Law, PC, and Petitioner Prasanna Sankaranarayanan, by and through his attorneys of record, Richard Min and Green Kaminer Min & Rockmore LLP, as Respondent requested slight changes to the prior scheduling order due to the hospitalization of her counsel's child, causing a brief delay, and upon consent of both parties as evidence by the signatures of their respective counsel below, it is hereby:

1. ORDERED, that the schedule for document exchange and deadlines in this matter now reflect the following:

   a. The parties shall exchange discovery by December 20, 2024, 11:59 pm (PST).

   b. Petitioner's expert rebuttal report is due by December 24, 2024, 11:59 pm (PST).

   c. The parties shall exchange exhibits, exhibit lists, and witness lists by December 23, 2024, 11:59 pm (PST).

   d. The parties shall exchange objections to exhibits by December 26, 2024, 11:59 pm (PST).

   e. The parties shall file any Motions in Limine with the court by December 26, 2024, 11:59 pm (PST).

   f. The parties shall file their respective Trial Briefs with the court on December 27, 2024. 11:59 pm (PST). This deadline remains unchanged.

   g. The exhibit lists, exhibits, and witness lists are due to the court on December 30, 2024, 11:59 pm (PST). This deadline remains unchanged

   h. Responses to objections to exhibits are due to the court on December 30, 2024, 11:59 pm (PST). This deadline remains unchanged.

   i. Responses to Motions in Limine are due to the court on December 30, 2024, 11:59 pm (PST). This deadline remains unchanged.

Dated this 23rd day of December, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge