# Lucas Dudley

| | |
|---|---|
| **From:** | Holly McHale <HMcHale@gkmrlaw.com> |
| **Sent:** | Tuesday, December 10, 2024 2:59 PM |
| **To:** | Katrina Seipel; Camilla Redmond; Katelyn Skinner; Wendy Goodyear; Anthony D Johnson; Lucas Dudley; Noah Morss; Gregory Wallace |
| **Cc:** | Richard Min; Michael Banuchis |
| **Subject:** | Re: Sankaranarayanan v. Sashidhar - 2:24-cv-01745-RAJ |

Dear Counsel,

Following on from my previous email, Dr. Peter J Favaro is our expert and he will be evaluating the child. Dr. Favaro will be flying in from New York; therefore, we ask for the child to be available on **Tuesday, December 17th, Wednesday, December 18th** and **Thursday, December 19***th* to be evaluated in-person by Dr. Favaro.

1. Please advise as to the child's availability on the above dates as soon as possible.
2. Dr. Favaro will be staying in a hotel while in Seattle. As he does not have an office in Seattle, he will reserve a conference room in the hotel to meet with the child. Would your client be amenable to bringing the child to the hotel to meet with Dr. Favaro? Please advise as to any objections.
3. Further, Dr. Favaro seeks confirmation on whether your client will agree to filling out a questionnaire about the child.

Please revert back to us as soon as possible with your response.

Best,

Holly

**Holly McHale | Green Kaminer Min & Rockmore LLP**
420 Lexington Ave. Ste. 2821|New York, NY 10170
O: 212.681.6400|F: 212.681.6999
hmchale@gkmrlaw.com|www.gkmrlaw.com

_____

**ATTENTION:**
This electronic message transmission contains information from a law firm which may be confidential or privileged.  This information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  You should delete the message and attachments without printing, copying, forwarding or saving them.  If you have received this electronic transmission in error, please notify the sender immediately.
Disclosure under IRS Circular 230: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and may not be used, for the purpose of avoiding tax-related penalties under federal, state or local tax law or promoting, marketing or recommending to another party any transaction or matter addressed therein.