**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PRASANNA SANKARANARAYANAN, )<br><br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>DHIVYA SASHIDHAR, )<br>)<br>Respondent. )<br>_____) | Case No.: 2:24-cv-01745-RAJ<br><br><br>**PETITIONER'S EXHIBIT LIST** |

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001 *et seq*.**

Petitioner, Prasanna Sankaranarayanan ("Petitioner"), by and through his undersigned counsel, hereby submits the following Preliminary Exhibit List in connection with the trial schedule starting on January 6, 2025, in the above-captioned matter.

Petitioner reserves all rights to amend and/or supplement this disclosure for any reason, including without limitation, in response to Respondent's Exhibit list and Witness list, to respond to or rebut any argument or factual allegation made by Respondent or his witnesses, to impeach a witness, or to cure an inadvertent omission. Petitioner further reserves the right to amend these disclosures in light of Respondent's supplemental production.

| Exhibit No. | Description | Objection | Date Admitted |
|---|---|---|---|
| 1. | Email between Petitioner and Granero Moving re Furniture Moving, dated October 30, 2021. | | |
| 2. | Email between parties and Economic Development Board Re query on | | |

| | | | | |
|---|---|---|---|---|
| | | Dependent's Pass, dated November 25, 2021. | | |
| | 3. | Email between Respondent and Utkarsh Jain re virtual viewings of Singapore homes dated January 12, 2022 | | |
| | 4. | Email between parties and Child's Montessori re immunization records, dated February 28, 2022. | | |
| | 5. | Email between Petitioner and Transparent International re furniture shipping, dated April 13, 2022. | | |
| | 6. | Email from EVA Air re flights from Seattle to Singapore, dated April 21, 2022. | | |
| | 7. | Email between parties and Health Science Authority re importing medication, dated May 2022. | | |
| | 8. | Email from Two Men and a Moving Van re furniture moving, dated May 24, 2022. | | |
| | 9. | Email from Universal Relocation re furniture moving, dated June 4, 2022. | | |
| | 10. | Email between parties and Rheumatologist, dated June 7, 2022. | | |
| | 11. | Email between Respondent and Treetops re accommodation in Singapore upon arrival, dated June 2022. | | |
| | 12. | Email from Respondent re move to Singapore, dated July 4, 2022 | | |
| | 13. | Email from Universal Relocations re furniture moving, dated July 13, 2022. | | |
| | 14. | Email between parties and Universal Relocations re cost of move to Singapore, dated May 11, 2022. | | |
| | 15. | Respondent and Child's Dependent's Passes, Petitioner's Visit Pass | | |
| | 16. | Email re Acknowledgement of SG Arrival Card & Health Declaration, dated July 15, 2022. | | |
| | 17. | Child's Medical Forms and Immunization Record, dated October 6, 2022. | | |
| | 18. | Tenancy Agreement for 15 Ardmore Park, dated July 27, 2022. | | |

| | | | |
|---|---|---|---|
| 19. | Tenancy Agreement for 4 Astrid Hill Singapore, dated June 11, 2024 | | |
| 20. | 2022-2023 Semester 1 Singapore American School Report Card. | | |
| 21. | 2022-2023 Semester 2 Singapore American School Report Card. | | |
| 22. | 2023-2024 Semester 1 Singapore American School Report Card. | | |
| 23. | Email between Petitioner and Singapore American School re admissions visit, dated February 17, 2022. | | |
| 24. | Email between parties and Singapore American School re event registration, dated February 22, 2022. | | |
| 25. | Email between parties and Singapore American School re application fee, dated February 24, 2022. | | |
| 26. | Email between parties and Singapore American School re orientation, dated July 18, 2022. | | |
| 27. | Email between parties and Singapore American School re teacher introduction, dated July 24, 2022. | | |
| 28. | Email between parties and Singapore American School re activities, dated July 27, 2022. | | |
| 29. | Emails between parties and Singapore American School re moved house, dated August 22, 2022. | | |
| 30. | Email from Eagle Activities to Petitioner re bus drop-off, dated August 27, 2022. | | |
| 31. | Email between parties and Singapore American School re Respondent's phone number change, dated December 2, 2022. | | |
| 32. | Email from Veracross re Re-enrolling Child in Singapore American School, dated February 16, 2023. | | |
| 33. | Email from Respondent to Singapore American School re Amar's birthday in school, dated February 21, 2023. | | |
| 34. | Email from Singapore American School to Parties re swim card, dated March 17, 2023. | | |

| | | | |
|---|---|---|---|
| 35. | Email between parties and Singapore American School re school bus change, dated August 14, 2023. | | |
| 36. | Event Registration Confirmation at Singapore American School, dated August 21, 2023. | | |
| 37. | Child's Offer Letter from United World College of South East Asia, dated March 20, 2024. | | |
| 38. | Invoice for United World College of South East Asia Term 1, dated March 20, 2024. | | |
| 39. | Child's Offer Package for United World College of South East Asia, dated March 30, 2024. | | |
| 40. | Enrollment in Chinese classes at United World College of South East Asia, dated March 30, 2024. | | |
| 41. | Invoice for United World College of South East Asia Term 2, dated June 14, 2024. | | |
| 42. | Payment Receipt for Extracurricular Activities, dated October 9, 2024 | | |
| 43. | Email from United World College of South East Asia to parties re skateboarding, dated October 10, 2024. | | |
| 44. | Email from United World College of South East Asia to Petitioner re fees, dated November 6, 2024 | | |
| 45. | Email from Respondent to United World College South East Asia re withdrawal, dated November 6, 2024. | | |
| 46. | Email from United World College South East Asia to the parties re withdrawal, dated November 7, 2024. | Hearsay | |
| 47. | Email between parties re selling belongings before move, dated February 21, 2022. | | |
| 48. | Email between parties re Singapore American School jumpstart, dated April 13, 2022. | | |
| 49. | Email between parties, Madhu Sudan and Ram Prasha re furniture shipping, dated April 22, 2022. | | |

| | | | |
|---|---|---|---|
| 50. | Email between parties re Confirmation of Shangri-La, Singapore, dated May 24, 2022. | | |
| 51. | Email between parties re short term rental packages, dated May 31, 2022. | | |
| 52. | Email between parties re Swim school evaluations, dated August 12, 2022. | | |
| 53. | Email between parties re Eagles Activities & Athletics sign up, dated August 15, 2022. | | |
| 54. | Email between parties re after-school event, dated November 29, 2022. | | |
| 55. | Email between parties re bus to international fair, dated February 9, 2023. | | |
| 56. | Email between parties re book reading series, dated May 29, 2023. | | |
| 57. | Email between parties re cricket, dated August 20, 2023. | | |
| 58. | Email between parties re arrival in Washington, dated October 15, 2024. | | |
| 59. | Gleneagles Hospital in Singapore Receipt, dated March 14, 2023 | | |
| 60. | Vision Screening Results for Child, dated April 4, 2023 | | |
| 61. | Child's Birthday Invitations | | |
| 62. | WhatsApp Message inviting with Child to a playdate. | | |
| 63. | Collage of Photos of Child | | |
| 64. | Collage of Child and Petitioner 1 | | |
| 65. | Collage of Child and Petitioner 2 | | |
| 66. | Petitioner's Police Report re physical aggression in Singapore, dated August 31, 2024. | | |
| 67. | Respondent's Police Report for Domestic Violence in Singapore, dated August 31, 2024 | | |
| 68. | Respondent's Affidavit filed in Singapore, dated September 9, 2024. | | |
| 69. | Respondent's Maintenance Application in Singapore Court, dated September 9, 2024. | | |

| | | | |
|---|---|---|---|
| 70. | Respondent's Personal Protection Application, dated September 26, 2024 | | |
| 71. | Respondent's Affidavit filed in Singapore re service via email, dated October 2, 2024. | | |
| 72. | Respondent's Police Report for Sexual Assault in Singapore, dated October 2, 2024 | | |
| 73. | Respondent's Police Report for Voyeurism in Singapore, dated October 3, 2024 | | |
| 74. | Affidavit of Respondent in Washington Court re interim order for sole custody, dated October 7, 2024. | | |
| 75. | Email from East Asia Law to Respondent re Dependent's Pass and Divorce, October 11, 2024 | | |
| 76. | Ex Parte Originating Summons in Singapore Court, dated October 14, 2024 | | |
| 77. | Affidavit of Petitioner in Singapore Seeking order for custody, dated October 15, 2024. | Hearsay | |
| 78. | Order of Court in Singapore Court not to remove Child, dated October 15, 2024. | | |
| 79. | Order of Court in Singapore not to remove Child, provide whereabouts by Oct18, dated October 17, 2024. | | |
| 80. | Affidavit of Respondent in Singapore Court re custody of Child, dated October 23, 2024. | | |
| 81. | Order of Court in Singapore not to remove Child and file stay of proceedings, dated October 24, 2024. | | |
| 82. | Letter from Drew Napier to Respondent re notes of evidence, dated October 29, 2024. | Hearsay | |
| 83. | Document stating there is no outstanding warrant of arrest | Hearsay | |
| 84. | Petitioner's Personal Protection Application in Singapore, dated October 30, 2024. | | |
| 85. | Summons for Custody of Child in Singapore Court, dated November 5, 2024. | Hearsay | |

| | | | |
|---|---|---|---|
| 86. | Affidavit of Petitioner re interim video access in Singapore, dated November 5, 2024 | | |
| 87. | Email between Respondent and Court re intent to withdraw orders in Singapore, dated November 6, 2024. | | |
| 88. | Affidavit of Petitioner re remaining enrolled at school in Singapore Court, dated November 6, 2024. | | |
| 89. | Email from Singapore Court to Drew Napier re request to withdraw applications, dated November 7, 2024. | Hearsay | |
| 90. | Letter from August Law to Drew Napier re Respondents Redmond address, dated November 9, 2024. | | |
| 91. | Order of Court re leave to withdraw maintenance in Singapore, dated November 13, 2024. | | |
| 92. | Order of Court re leave granted to withdraw personal protection application in Singapore, dated November 13, 2024. | | |
| 93. | Letter from Singapore Police to Petitioner re no further investigation re rape, dated November 20, 2024. | Hearsay | |
| 94. | Conditional Warning for Petitioner re voyeurism, dated November 21, 2024 | Hearsay | |
| 95. | Email from Singapore Police to Drew Napier re voyeurism warning, dated November 21, 2024. | Hearsay | |
| 96. | Email from Singapore Police to Drew Napier re request for passport, dated November 22, 2024 | Hearsay | |
| 97. | Respondent Divorce Filing in Washington Court, dated September 6, 2024 | | |
| 98. | Letter from Respondent's Washington Counsel to Petitioner, dated September 12, 2024. | | |
| 99. | Immediate Restraining Order and Hearing Notice filed in Washington Court, dated October 7, 2024 | | |
| 100. | Respondent Return Reasons re return to Washington, dated October 10, 2024. | | |
| 101. | Washington Court Order re reconsideration and clarification, dated October 10, 2024 | | |

| | | |
|---|---|---|
| 102. | Emergency Ex Parte Motion for Temporary Family Law Order in Washington Court, dated October 14, 2024. | |
| 103. | Respondent's Declaration in Washington Court, dated October 30, 2024 | |
| 104. | Motion re Jurisdiction and Anti Suit Injunction in Washington Court, dated October 30, 2024 | |
| 105. | Motion for Temporary Order in Washington Court, dated December 11, 2024. | |
| 106. | Respondent's Amended Verified Answer and Affirmative Defenses | |
| 107. | Dr. Day's Rebuttal Expert Report and CV | Cumulative if Favaro permitted to testify |
| 108. | Dr. Peter Favaro Expert Report and CV | See MIL, cumulative |
| 109. | Ms. Kee Lay Lian's Expert Report and CV | |
| 110. | Dr. Poppleton's Child History Questionnaire, filled out by Respondent | |
| 111. | Notes of Dr. Poppleton's Evaluation of Respondent | |
| 112. | Notes of Dr. Poppleton's Evaluation of the Child | |
| 113. | Recording of Dr. Favaro's Session with the Child (1) | See MIL |
| 114. | Recording of Dr. Favaro's Session with the Child (2) | See MIL |
| 115. | Recording of Dr. Favaro's Session with the Child (3) | See MIL |
| 116. | Recording of Dr. Favaro's Session with the Child (4) | See MIL |
| 117. | Transcript of Dr. Poppleton's Deposition (1) | |
| 118. | Transcript of Dr. Poppleton's Deposition (2) | |
| 119. | Transcript of Respondent's Deposition (1) | |
| 120. | Transcript of Respondent's Deposition (2) | |
| 121. | Transcript of Respondent's Mother Deposition | |

| 122. | Anti Suit Order filed in India, dated December 19, 2024 | | |
|------|--------------------------------------------------------|--|--|

Date:    December 30, 2024

Respectfully submitted,
/s/Roni Ordell
RONI E. ORDELL, WSBA #42690
Whitaker Kent Ordell, PLLC
1200 5th Avenue, Suite 2020
Seattle, WA 98101
Telephone: (206) 382-0000
Fax: (206) 382-9109
Email: r.ordell@wkolaw.com

/s/Richard Min
Richard Min (*Pro Hac Vice*)
Michael Banuchis (*Pro Hac Vice*)
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: (212) 681-6400
Fax: (212) 681-6999
rmin@gkmrlaw.com
mbanuchis@gkmrlaw.com

*Attorneys for Petitioner*
PETITIONERANNA SANKARANARAYANAN