The Honorable Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

PRASANNA SANKARANARAYANAN, )
) No. 2:24-cv-01745-RAJ
)
Petitioner, )
) [PROPOSED] STIPULATED ORDER
vs. )
)
DHIVYA SASHIDHAR, )
)
Respondent. )
_____ )

Before the Court is the Verified Petition for Return of the Child to Singapore (the "Petition") filed by the Petitioner, Prasanna Sankaranarayanan (the "Petitioner"), against the Respondent, Dhivya Sashidhar (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA") [ECF No. 1]. On December 3, 2024, Petitioner submitted the Child's U.S. passport to the Clerk of the Court, and a receipt acknowledging this submission has been provided. Upon the consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

1. **ORDERED,** that both Petitioner and Respondent are prohibited from removing S.A. (the "Child") or causing the Child to be removed from the jurisdiction of this Court, pending final disposition of the above referenced Petition; and it is further

2. **ORDERED,** that Petitioner shall surrender any and all of the Child's passports in his possession, custody and/or control to the Court on an expedited basis. If passports are not in Petitioner's possession, he must submit a sworn statement that he has exhausted all methods of search for the passports and did not result in finding them. If Petitioner later locates the passports, he must expeditiously submit them to the Court at that time.

DATED at __:__ this __ day of December 2024.

BY THE COURT:

_____
RICHARD A. JONES
CHIEF JUDGE

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

/s/Roni Ordell
Roni E. Ordell, WSBA #42690
Whitaker Kent Ordell, PLLC
1200 5th Avenue, Suite 2020
WA 98101
Telephone: (206) 382-0000
Fax: (206) 382-9109
r.ordell@wkolaw.com

/s/ Katelyn Skinner
Katelyn Skinner
Katrina Seipel
Buckley Law, P.C.  Seattle,
5300 Meadows Road
Suite 200
Lake Oswego, OR 97035
Telephone: 503-620-8900
Fax: 503-620-4878
kds@buckley-law.com
kas@buckley-law.com

/s/Richard Min
Richard Min, (*Pro Hac Vice*)
Michael Banuchis, (*Pro Hac Vice*)
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: (212) 681-6400
Fax: (212) 681-6999
rmin@gkmrlaw.com
mbanuchis@gkmrlaw.com

Attorneys for Petitioner
PRASANNA SANKARANARAYANAN

Attorneys for Respondent
DHIVYA SASHIDHAR