| Folder | Sub-Folder | Sub-Folder | Year | Time | Document Name | Description |
|---|---|---|---|---|---|---|
| Request 7 | Bank of America | Cards and Dhivya | 2022 | January | eStmt_2022-01-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance January 31, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | February | eStmt_2022-02-28 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance February 28, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | March | eStmt_2022-03-31 (1) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance March 31, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | April | eStmt_2022-04-29 (1) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance April 29, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | May | eStmt_2022-05-31 (1) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance May 31, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | June | eStmt_2022-06-30 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance June 30, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | July | eStmt_2022-07-29 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance July 29, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | August | eStmt_2022-08-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance August 31, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | September | eStmt_2022-09-30 (2) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance September 31, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | October | eStmt_2022-10-31 (1) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance October 31, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | November | eStmt_2022-11-30 (1) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance November 30, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2022 | December | eStmt_2022-12-30 (2) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance December 30, 2022. |
| Request 7 | Bank of America | Cards and Dhivya | 2023 | January | eStmt_2023-01-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance January 31, 2023. |
| Request 7 | Bank of America | Cards and Dhivya | 2023 | February | eStmt_2023-02-28 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance February 28, 2023. |
| Request 7 | Bank of America | Cards and Dhivya | 2023 | March | eStmt_2023-03-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance March 31, 2023. |
| Request 7 | Bank of America | Cards and Dhivya | 2023 | April | eStmt_2023-04-28 (1) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance April 28, 2023. |
| Request 7 | Bank of America | Cards and Dhivya | 2023 | May | eStmt_2023-05-31 (1) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance May 31, 2023. |

| Request 7 | Bank of America | Cards and Dhivya | 2023 | June | eStmt_2023-06-30 (1) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance June 30, 2023. |
|---|---|---|---|---|---|---|
| Request 7 | Bank of America | Cards and Dhivya | 2023 | July | eStmt_2023-07-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance July 31, 2023. |
| Request 7 | Bank of America | Cards and Dhivya | 2023 | August | eStmt_2023-08-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance August 31, 2023. |
| Request 7 | Bank of America | Cards and Dhivya | 2023 | September | eStmt_2023-09-29 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance September 29, 2023. |
| Request 7 | Bank of America | Cards and Dhivya | 2023 | October | eStmt_2023-10-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance October 31, 2023. |
| Request 7 | Bank of America | Cards and Dhivya | 2023 | November | eStmt_2023-11-30 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance November 30, 2023. |
| Request 7 | Bank of America | Cards and Dhivya | 2023 | December | eStmt_2023-12-29 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance December 29, 2023. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | January | eStmt_2024-01-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance January 31, 2024. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | February | eStmt_2024-02-29 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance February 29, 2024. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | March | eStmt_2024-03-29 (1) | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance March 29, 2024. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | April | eStmt_2024-04-30 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance April 30, 2024. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | May | eStmt_2024-05-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance May 31, 2024. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | June | eStmt_2024-06-28 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance June 28, 2024. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | July | eStmt_2024-07-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance July 31, 2024. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | August | eStmt_2024-08-30 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance August 30, 2024. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | September | eStmt_2024-09-30 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance September 30, 2024. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | October | eStmt_2024-10-31 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance October 31, 2024. |
| Request 7 | Bank of America | Cards and Dhivya | 2024 | November | eStmt_2024-11-29 | Respondent & Petitioner Joint Account - Bank of America Preferred Rewards - Ending Balance November 29, 2024. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Request 7 | Bank of America | Payroll | 2022 | January | eStmt_2022-01-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance January 31, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | February | eStmt_2022-02-28 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance February 28, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | March | eStmt_2022-03-31 (2) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance March 31, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | April | eStmt_2022-04-29 (2) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance April 29, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | May | eStmt_2022-05-31 (2) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance May 31, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | June | eStmt_2022-06-30 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance June 30, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | July | eStmt_2022-07-29 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance July 29, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | August | eStmt_2022-08-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance August 31, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | September | eStmt_2022-09-30 (3) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance September 30, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | October | eStmt_2022-10-31 (2) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance October 31, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | November | eStmt_2022-11-30 (2) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance November 30, 2022. |
| Request 7 | Bank of America | Payroll | 2022 | December | eStmt_2022-12-30 (3) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance December 30, 2022. |
| Request 7 | Bank of America | Payroll | 2023 | January | eStmt_2023-01-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance January 31, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | February | eStmt_2023-02-28 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance February 28, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | March | eStmt_2023-03-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance March 31, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | April | eStmt_2023-04-28 (2) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance April 28, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | May | eStmt_2023-05-31 (2) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance May 31, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | June | eStmt_2023-06-30 (2) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance June 30, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | July | eStmt_2023-07-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance July 31, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | August | eStmt_2023-08-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance August 31, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | September | eStmt_2023-09-29 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance September 29, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | October | eStmt_2023-10-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance October 31, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | November | eStmt_2023-11-30 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance November 30, 2023. |
| Request 7 | Bank of America | Payroll | 2023 | December | eStmt_2023-12-29 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance December 29, 2023. |
| Request 7 | Bank of America | Payroll | 2024 | January | eStmt_2024-01-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance January 31, 2024. |
| Request 7 | Bank of America | Payroll | 2024 | February | eStmt_2024-02-29 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance February 29, 2024. |
| Request 7 | Bank of America | Payroll | 2024 | March | eStmt_2024-03-29 (2) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance March 29, 2024. |

| Request 7 | Bank of America | Payroll | 2024 | April | eStmt_2024-04-30 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance April 30, 2024. |
|---|---|---|---|---|---|---|
| Request 7 | Bank of America | Payroll | 2024 | May | eStmt_2024-05-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance May 31, 2024. |
| Request 7 | Bank of America | Payroll | 2024 | June | eStmt_2024-06-28 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance June 28, 2024. |
| Request 7 | Bank of America | Payroll | 2024 | July | eStmt_2024-07-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance July 31, 2024. |
| Request 7 | Bank of America | Payroll | 2024 | August | eStmt_2024-08-30 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance August 30, 2024. |
| Request 7 | Bank of America | Payroll | 2024 | September | eStmt_2024-09-30 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance Septmber 30, 2024. |
| Request 7 | Bank of America | Payroll | 2024 | October | eStmt_2024-10-31 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance October 31, 2024. |
| Request 7 | Bank of America | Payroll | 2024 | November | eStmt_2024-11-29 (1) | Petitioner Account - Bank of America Preferred Rewards - Ending Balance November 29, 2024. |
| Request 7 | E-Trade | Brokerage | 2022 | Jan - March | ClientStatements_20220331D_1735375592798_3 | Petitioner Investment Account - January 1 - March 31, 2022. |
| Request 7 | E-Trade | Brokerage | 2022 | April - June | ClientStatements_20220630D_1735375592723_2 | Petitioner Investment Account - April 1 - June 30, 2022. |
| Request 7 | E-Trade | Brokerage | 2022 | July - Sept | ClientStatements_20220930D_1735375592501_1 | Petitioner Investment Account - July 1 - September 30, 2022. |
| Request 7 | E-Trade | Brokerage | 2022 | Oct - Dec | ClientStatements_20221230D_1735375592836_0 | Petitioner Investment Account - October 1 - December 31, 2022. |
| Request 7 | E-Trade | Brokerage | 2023 | Jan - March | ClientStatements_20230331D_1735375508009_1 | Petitioner Investment Account - January 1 - March 30, 2023. |
| Request 7 | E-Trade | Brokerage | 2023 | April - June | ClientStatements_20230630D_1735375508710_2 | Petitioner Investment Account - April 1 - June 30, 2023. |
| Request 7 | E-Trade | Brokerage | 2023 | June - Sept | ClientStatements_20230929D_1735375508921_3 | Petitioner Investment Account - June 1 - September 30, 2023. |
| Request 7 | E-Trade | Brokerage | 2023 | September | ClientStatements_20230930D_1735375506368_4 | Petitioner Account Summary Statement - September 2023. |
| Request 7 | E-Trade | Brokerage | 2023 | | ClientStatements_20231231D_1735375506339_5 | Petitioner Account - 2023 Recap of Cash Management Activity. |
| Request 7 | E-Trade | Brokerage | 2023 | Oct - Dec | ClientStatements_20231231D_1735375506355_0 | Petitioner Account Summary Statement - October 1 - December 31, 2023. |
| Request 7 | E-Trade | Brokerage | 2024 | Jan - March | ClientStatements_20240331D_1735375405729_2 | Petitioner Account Summary Statement - January 1 - March 31, 2024. |
| Request 7 | E-Trade | Brokerage | 2024 | April - June | ClientStatements_20240630D_1735375405746_1 | Petitioner Account Summary Statement - April 1 - June 30, 2024. |
| Request 7 | E-Trade | Brokerage | 2024 | July - Sept | ClientStatements_20240930D_1735375405717_0 | Petitioner Account Summary Statement - July 1 - September 30, 2024. |
| Request 7 | E-Trade | IRA | 2022 | January | ClientStatements_20220131D_1735375650131_11 | Petitioner Retirement Account - January 1 - January 31, 2022. |
| Request 7 | E-Trade | IRA | 2022 | February | ClientStatements_20220228D_1735375650402_10 | Petitioner Retirement Account - February 1 - February 28, 2022. |
| Request 7 | E-Trade | IRA | 2022 | March | ClientStatements_20220331D_1735375653447_9 | Petitioner Retirement Account - March 1 - March 31, 2022. |
| Request 7 | E-Trade | IRA | 2022 | April | ClientStatements_20220429D_1735375652371_8 | Petitioner Retirement Account - April 1 - April 30, 2022. |
| Request 7 | E-Trade | IRA | 2022 | May | ClientStatements_20220531D_1735375650298_7 | Petitioner Retirement Account - May 1 - May 31, 2022. |
| Request 7 | E-Trade | IRA | 2022 | June | ClientStatements_20220630D_1735375651775_6 | Petitioner Retirement Account - June 1 - June 30, 2022. |

| Request 7 | E-Trade | IRA | 2022 | July | ClientStatements_20220729D_1735375650195_5 | Petitioner Retirement Account - July 1 - July 31, 2022. |
|---|---|---|---|---|---|---|
| Request 7 | E-Trade | IRA | 2022 | August | ClientStatements_20220831D_1735375651875_4 | Petitioner Retirement Account - August 1 - August 31, 2022. |
| Request 7 | E-Trade | IRA | 2022 | September | ClientStatements_20220930D_1735375650408_3 | Petitioner Retirement Account - September 1 - September 30, 2022. |
| Request 7 | E-Trade | IRA | 2022 | October | ClientStatements_20221031D_1735375653430_2 | Petitioner Retirement Account - October 1 - October 31, 2022. |
| Request 7 | E-Trade | IRA | 2022 | November | ClientStatements_20221130D_1735375651776_1 | Petitioner Retirement Account - November 1 - November 30, 2022. |
| Request 7 | E-Trade | IRA | 2022 | December | ClientStatements_20221230D_1735375651841_0 | Petitioner Retirement Account - December 1 - January 31, 2022. |
| Request 7 | E-Trade | IRA | 2023 | January | ClientStatements_20230131D_1735375705796_8 | Petitioner Retirement Account - January 1 - January 31, 2023. |
| Request 7 | E-Trade | IRA | 2023 | February | ClientStatements_20230228D_1735375705509_7 | Petitioner Retirement Account - February 1 - February 28, 2023. |
| Request 7 | E-Trade | IRA | 2023 | March | ClientStatements_20230331D_1735375705484_6 | Petitioner Retirement Account - March 1 - March 31, 2023. |
| Request 7 | E-Trade | IRA | 2023 | April | ClientStatements_20230428D_1735375705575_5 | Petitioner Retirement Account - April 1 - April 30, 2023. |
| Request 7 | E-Trade | IRA | 2023 | May | ClientStatements_20230531D_1735375705674_4 | Petitioner Retirement Account - May 1 - May 31, 2023. |
| Request 7 | E-Trade | IRA | 2023 | June | ClientStatements_20230630D_1735375707184_3 | Petitioner Retirement Account - June 1 - June 30, 2023. |
| Request 7 | E-Trade | IRA | 2023 | July - Sept | ClientStatements_20230929D_1735375706887_2 | Petitioner Retirement Account - July 1 - September 30, 2023. |
| Request 7 | E-Trade | IRA | 2023 | September | ClientStatements_20230930D_1735375704173_1 | Petitioner Account Summary Statement - September 2023. |
| Request 7 | E-Trade | IRA | 2023 | Oct - Dec | ClientStatements_20231231D_1735375704150_0 | Petitioner Account Summary Statement - October 1 - December 31, 2023. |
| Request 7 | E-Trade | IRA | 2024 | Jan - March | ClientStatements_20240331D_1735375747654_2 | Petitioner Account Summary Statement - January 1 - March 31, 2024. |
| Request 7 | E-Trade | IRA | 2024 | April - June | ClientStatements_20240630D_1735375747659_1 | Petitioner Account Summary Statement - April 1 - June 30, 2024. |
| Request 7 | E-Trade | IRA | 2024 | July - Sept | ClientStatements_20240930D_1735375747646_0 | Petitioner Account Summary Statement - July 1 - September 30, 2024. |
| Request 7 | IB | | | Jan - Dec | U1352952_2022_2022 | Petitioner Interactive Brokers Activity Statement; January 1 - December 31, 2022. |
| Request 7 | IB | | | Jan - Dec | U1352952_2023_2023 | Petitioner Interactive Brokers Activity Statement; January 1 - December 31, 2023. |
| Request 7 | IB | | | Jan - Dec | U1352952_20240101_20241227 | Petitioner Interactive Brokers Activity Statement; January 1 - December 27, 2024. |
| Request 7 | JP Morgan Chase | 4003 | 2024 | October | 20241031-statements-4003- | Petitioner Asset Account; No activity to report October 2024. |
| Request 7 | JP Morgan Chase | 4003 | 2024 | November | 20241130-statements-4003- | Petitioner Asset Account; No activity to report November 2024. |
| Request 7 | JP Morgan Chase | 7600 | 2024 | October | 20241031-statements-7600- | Petitioner Account - Consolidated Summary, Private Client Checking Plus and Private Client Savings; October 7 - October 31, 2024. |
| Request 7 | JP Morgan Chase | 7600 | 2024 | November | 20241129-statements-7600- | Petitioner Account - Consolidated Summary, Private Client Checking Plus and Private Client Savings; November 1 - November 29, 2024. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Request 7 | JP Morgan Chase | 8125 | 2024 | October | 20241031-statements-8125- | Petitioner Account - Consolidated Summary, Private Client Checking Plus and Private Client Savings; October 7 - October 31, 2024. |
| Request 7 | JP Morgan Chase | 8125 | 2024 | November | 20241129-statements-8125- | Petitioner Account - Consolidated Summary, Private Client Checking Plus and Private Client Savings; November 1 - November 29, 2024. |
| Request 7 | OCBC | | 2022 | September | 360 ACCOUNT-6001-Sep-22 | Petitioner Account Statement September 2022. |
| Request 7 | OCBC | | 2022 | October | 360 ACCOUNT-6001-Oct-22 | Petitioner Account Statement October 2022. |
| Request 7 | OCBC | | 2022 | November | Consolidated Statement-Nov-22 | Petitioner Acccount; Consolidated Statement November 2022. |
| Request 7 | OCBC | | 2022 | December | Consolidated Statement-Dec-22 | Petitioner Acccount; Consolidated Statement December 2022. |
| Request 7 | OCBC | | 2023 | January | Consolidated Statement-Jan-23 | Petitioner OCBC Account; Consolidated Statement January 2023. |
| Request 7 | OCBC | | 2023 | February | Consolidated Statement-Feb-23 (1) | Petitioner OCBC Account; Consolidated Statement February 2023. |
| Request 7 | OCBC | | 2023 | March | Consolidated Statement-Mar-23 (1) | Petitioner OCBC Account; Consolidated Statement March 2023. |
| Request 7 | OCBC | | 2023 | April | Consolidated Statement-Apr-23 (2) | Petitioner OCBC Account; Consolidated Statement April 2023. |
| Request 7 | OCBC | | 2023 | May | Consolidated Statement-May-23 (1) | Petitioner OCBC Account; Consolidated Statement May 2023. |
| Request 7 | OCBC | | 2023 | June | Consolidated Statement-Jun-23 (2) | Petitioner OCBC Account; Consolidated Statement June 2023. |
| Request 7 | OCBC | | 2023 | July | Consolidated Statement-Jul-23 (1) | Petitioner OCBC Account; Consolidated Statement July 2023. |
| Request 7 | OCBC | | 2023 | August | Consolidated Statement-Aug-23 (1) | Petitioner OCBC Account; Consolidated Statement August 2023. |
| Request 7 | OCBC | | 2023 | September | Consolidated Statement-Sep-23 (1) | Petitioner OCBC Account; Consolidated Statement September 2023. |
| Request 7 | OCBC | | 2023 | October | Consolidated Statement-Oct-23 | Petitioner OCBC Account; Consolidated Statement October 2023. |
| Request 7 | OCBC | | 2023 | November | Consolidated Statement-Nov-23 | Petitioner OCBC Account; Consolidated Statement November 2023. |
| Request 7 | OCBC | | 2023 | December | Consolidated Statement-Dec-23 (1) | Petitioner OCBC Account; Consolidated Statement December 2023. |
| Request 7 | OCBC | | 2024 | January | Consolidated Statement-Jan-24 | Petitioner OCBC Account; Consolidated Statement January 2024. |
| Request 7 | OCBC | | 2024 | February | Consolidated Statement-Feb-24 (3) | Petitioner OCBC Account; Consolidated Statement February 2024. |
| Request 7 | OCBC | | 2024 | March | Consolidated Statement-Mar-24 (1) | Petitioner OCBC Account; Consolidated Statement March 2024. |
| Request 7 | OCBC | | 2024 | April | Consolidated Statement-Apr-24 (1) | Petitioner OCBC Account; Consolidated Statement April 2024. |
| Request 7 | OCBC | | 2024 | May | Consolidated Statement-May-24 (2) | Petitioner OCBC Account; Consolidated Statement May 2024. |
| Request 7 | OCBC | | 2024 | June | Consolidated Statement-Jun-24 (1) | Petitioner OCBC Account; Consolidated Statement June 2024. |
| Request 7 | OCBC | | 2024 | July | Consolidated Statement-Jul-24 (1) | Petitioner OCBC Account; Consolidated Statement July 2024. |
| Request 7 | OCBC | | 2024 | August | Consolidated Statement-Aug-24 (3) | Petitioner OCBC Account; Consolidated Statement August 2024. |

| Request 7 | OCBC | | 2024 | September | Consolidated Statement-Sep-24 | Petitioner OCBC Account; Consolidated Statement September 2024. |
|---|---|---|---|---|---|---|
| Request 7 | OCBC | | 2024 | October | Consolidated Statement-Oct-24 | Petitioner OCBC Account; Consolidated Statement October 2024. |
| Request 7 | OCBC | | 2024 | November | Consolidated Statement-Nov-24 | Petitioner OCBC Account; Consolidated Statement November 2024. |
| Request 7 | Trust Bank | | 2022 | September | PDF document-F5BECCD2661A-1 | Petitioner Trust Bank Account Statement- September 2022. |
| Request 7 | Trust Bank | | 2022 | October | PDF document-94D1D66DBDD2-1 | Petitioner Trust Bank Account Statement- October 2022. |
| Request 7 | Trust Bank | | 2022 | November | PDF document-CE53966A354D-1 | Petitioner Trust Bank Account Statement - November 2022. |
| Request 7 | Trust Bank | | 2022 | December | PDF document-4F65-A952-53-0 | Petitioner Trust Bank Account Statement- December 2022. |
| Request 7 | Trust Bank | | 2023 | January | PDF document-4389-BBD2-6C-0 | Petitioner Trust Bank Account Statement- January 2023. |
| Request 7 | Trust Bank | | 2023 | February | PDF document-4444-A4FF-C3-0 | Petitioner Trust Bank Account Statement- February 2023. |
| Request 7 | Trust Bank | | 2023 | March | PDF document-4ED9-A5FF-B5-0 | Petitioner Trust Bank Account Statement- March 2023. |
| Request 7 | Trust Bank | | 2023 | April | PDF document-434E-A9EB-E7-0 | Petitioner Trust Bank Account Statement- April 2023. |
| Request 7 | Trust Bank | | 2023 | May | PDF document-4E33-A0B6-B8-0 | Petitioner Trust Bank Account Statement- May 2023. |
| Request 7 | Trust Bank | | 2023 | June | PDF document-4609-9700-DD-0 | Petitioner Trust Bank Account Statement- June 2023. |
| Request 7 | Trust Bank | | 2023 | July | PDF document-6C2CFBEA56E4-1 | Petitioner Trust Bank Account Statement- July 2023. |
| Request 7 | Trust Bank | | 2023 | August | PDF document-4F9F-9C6F-9D-0 | Petitioner Trust Bank Account Statement- August 2023. |
| Request 7 | Trust Bank | | 2023 | September | PDF document-40C3-AB97-73-0 | Petitioner Trust Bank Account Statement- September 2023. |
| Request 7 | Trust Bank | | 2023 | October | PDF document-4DB4-B080-DE-0 | Petitioner Trust Bank Account Statement- October 2023. |
| Request 7 | Trust Bank | | 2023 | November | PDF document-4054-8E22-CC-0 | Petitioner Trust Bank Account Statement- November 2023. |
| Request 7 | Trust Bank | | 2023 | December | PDF document-4774-8835-A7-0 | Petitioner Trust Bank Account Statement- December 2023. |
| Request 7 | Trust Bank | | 2024 | January | PDF document-4965-9DDA-D5-0 | Petitioner Trust Bank Account Statement- January 2024. |
| Request 7 | Trust Bank | | 2024 | February | PDF document-423C-A90A-B8-0 | Petitioner Trust Bank Account Statement- February 2024. |
| Request 7 | Trust Bank | | 2024 | March | PDF document-4DCE-ACB0-A8-0 | Petitioner Trust Bank Account Statement- March 2024. |
| Request 7 | Trust Bank | | 2024 | April | PDF document-45B6-80C0-BD-0 | Petitioner Trust Bank Account Statement- April 2024. |
| Request 7 | Trust Bank | | 2024 | May | PDF document-48A3-9F17-B6-0 | Petitioner Trust Bank Account Statement- May 2024. |
| Request 7 | Trust Bank | | 2024 | June | PDF document-4BD8-B80B-3F-0 | Petitioner Trust Bank Account Statement- June 2024. |
| Request 7 | Trust Bank | | 2024 | July | PDF document-456A-88A3-F5-0 | Petitioner Trust Bank Account Statement- July 2024. |
| Request 7 | Trust Bank | | 2024 | August | PDF document-46D3-8B83-84-0 | Petitioner Trust Bank Account Statement- August 2024. |

| Request 7 | Trust Bank | | 2024 | September | PDF document-4D57-8E28-AA-0 | Petitioner Trust Bank Account Statement - September 2024. |
|---|---|---|---|---|---|---|
| Request 7 | Trust Bank | | 2024 | October | PDF document-43EB-8723-60-0 | Petitioner Trust Bank Account Statement- October 2024. |
| Request 7 | Trust Bank | | 2024 | November | PDF document-4C7D-8BC2-4C-0 | Petitioner Trust Bank Account Statement- November 2024. |