HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRASANNA SANKARANARAYANAN,

    Petitioner,

vs.

DHIVYA SASHIDHAR,

    Respondent.

Case No. 24-cv-01745-RAJ

ORDER

    THIS MATTER is before the Court on Petitioner's Response to Respondent's Motion to Compel.[1] Dkt. # 43. The Court resolved Respondent's Motion to Compel on December 31, 2024 (the "Order Compelling Discovery"). *See* Dkt. # 40. Petitioner requests that the Court modify its decision in the Order Compelling Discovery. The Court has reviewed Petitioner's Motion, the applicable law, and the balance of the record. The Court affirms its decision in the Order Compelling Discovery with respect to RFP Nos. 10, 22, and 23. The Court STAYS the Order with respect to RFP No. 7.

---

[1] Petitioner's filing is titled "Petitioner's Response to Respondent's Motion to Compel." However, as the Court already resolved the motion by the time the document was filed and asks for amendment or modification of the order, the Court will refer to it as "Petitioner's Motion."

ORDER – 1

Petitioner's arguments regarding the common interest doctrine and Petitioner's brother acting as an agent are unavailing. The Court is not persuaded that these doctrines can be stretched to allow attorney-client privilege to protect these communications. Furthermore, *in camera* review is unfeasible at this stage of the litigation and without any indication of the number of communications to be reviewed by the Court.

The Court stays the Order Compelling Discovery with respect to RFP No. 7. The Court will rule on RFP No. 7 after a telephone conference. **The Court will hold a telephone conference on January 3, 2025, at 2:00 pm (PST)** to discuss whether the Court should narrow the scope of discovery of the financial records and documents. If the Court is convinced that the scope of discovery should be limited, the parties should be prepared to discuss what constitutes a reasonable limit on the scope of discovery. This telephone conference shall not disrupt any other discovery in this matter, including the continuance of Petitioner's deposition discussed in the Order Compelling Discovery.

For the reasons state above, the Court will not modify the Order Compelling Discovery issued on December 31, 2024. Dkt. # 40. The Court STAYS the Order Compelling Discovery only with respect to RFP No. 7.

Dated this 2nd day of January, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2