HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRASANNA SANKARANARAYANAN,

Petitioner,

vs.

DHIVYA SASHIDHAR,

Respondent.

Case No. 24-cv-01745-RAJ

ORDER

## I.   INTRODUCTION

THIS MATTER is before the Court on Petitioner's Motion for Remote Testimony seeking permission for Petitioner and one of his expert witnesses to testify by videoconference. Dkt. # 32. Respondent has not filed a response opposing Petitioner's Motion. Accordingly, the Court GRANTS Petitioner's Motion for Remote Testimony. Dkt. # 32.

ORDER – 1

Upon considering the Motion for Remote Testimony, the Hague Convention, and ICARA, the Court finds there has been good cause shown to grant the relief below. Accordingly, the Court GRANTS Petitioner's Motion, Dkt. # 32, and ORDERS as follows:

1. Petitioner and his expert witness Kee Lay Lian are permitted to testify via videoconference for the trial in this proceeding.

IT IS SO ORDERED.

Dated this 3rd day of January, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2