HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PRASANNA SANKARANARAYANAN, | CASE NO. 2:24-cv-1745-RAJ |
| Petitioner, | ORDER |
| v. | |
| DHIVYA SASHIDHAR | |
| Respondent. | |

## I. INTRODUCTION

The Court held a telephone conference on January 3, 2025 at 2:00 pm (PST) to discuss an outstanding discovery issue. For the reasons stated below, the Court amends its Order Granting Respondent's Motion to Compel ("Order Compelling Discovery"). Dkt. # 40.

ORDER- 1

## II.  DISCUSSION

On December 31, 2024, the Court issued the Order Compelling Discovery. Dkt. # 40. On January 1, 2025, Petitioner filed a response to Respondent's initial motion, which asked the Court to modify the Order Compelling Discovery. Dkt. # 43.  On January 2, 2025, the Court declined to modify the Order Compelling Discovery for RFP Nos. 10, 22, and 23.  Dkt. # 45.

The Court reserved its decision on RFP No. 7 and set a telephone conference to hear from the parties about "whether the Court should narrow the scope of discovery of the financial records and documents. . . [and] . . . what constitutes a reasonable limit on the scope of discovery." *See id*. at 2.  Respondent's RFP No. 7 requested: "All of your Singapore, United States, and India banking, investment, and/or trust records from the past two years."  In Respondent's Motion to Compel Discovery, Respondent asserted that the location, the movement, and manner of movement of Petitioner's assets was relevant to the totality of the circumstances of the habitual residence of the child.  *See* Dkt. # 35 at 3.

At the telephone conference, the Court heard from both the parties regarding the RFP No. 7.  Counsel for Respondent indicated discovery for RFP No. 7 could be limited to the location of an asset and a single document supporting the identity and location of that asset.  Therefore, the Court will limit the scope of discovery for RFP No. 7 to a single document that identifies Petitioner's banking, investment, and/or trust records located in Singapore, the United States, and India from the past two years.

## III.   CONCLUSION

For the reasons stated above, the Court amends the Order Compelling Discovery. Dkt. # 40.  **The Court directs Petitioner to comply with this Order and provide Respondent with the above-mentioned documents by January 4, 2025 at 4:00 pm (PST).**

Dated this 3rd day of January, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 3