HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRASANNA SANKARANARAYANAN,

    Petitioner,

 vs.

DHIVYA SASHIDHAR,

    Respondent.

Case No. 24-cv-01745-RAJ

ORDER

   The Court held a telephone conference with the parties on January 3, 2025 at 2:00 pm (PST). Dkt. # 49. During the telephone conference, the Court made oral rulings regarding the parties' objections to proposed exhibits. Dkts. # 33, 36. The Court records the oral rulings below.

ORDER – 1

The Court rules on Petitioner's objections to Respondent's Proposed Exhibits as follows:

- Overruled: Exs. 301, 302, 303, 305, 307, 309, 310, 315, 317, 319, 321, 322, 323, 326
- Sustained: Exs. 312, 313, 318, 324, 327, 328
- Reserves Ruling: Exs. 340, 341, 342, 343, 344

The Court rules on Respondent's objections to Petitioner's Proposed Exhibits as follows:

- Overruled: Exs. 77, 82, 85, 93, 94
- Sustained: Exs. 46, 95, 96, 107, 108, 113, 114, 115, 116
- Withdrawn: Exs. 83, 89

IT IS SO ORDERED.

Dated this 3rd day of January, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2