

# GEETA LUTHRA

*Sr. Advocate*

B.A., L.L.B., (Delhi)

L.L.M., M.Phil, (Cambridge, U.K.)

Mob.: (+91)9810031323,

Email: geetaluthra@gmail.com

**Designation:**     Designated as Senior Advocate in May 2009.

**Academic Qualifications**:

- M. Phil. (International Relations), Cambridge, U.K., 1982 as an INLAKS SCHOLAR.
- M.Phil. Thesis on 'Rann of Kutch – Boundary Disputes between India and Pakistan'.
- LL.M., Clare College, Cambridge, U.K., 1981 as an INLAKS SCHOLAR.
- LL.B. Campus Law Centre, University of Delhi, 1980 (2nd in University).
- B.A. Political Science (Hons.),Lady Sri Ram College, University of Delhi, 1977 (2nd in University).

**Professional Specialization**:

She is a member of International Academy of Family Lawyers.
Vice President of the Indian Council of Arbitration FICCI , member
ICC India chapter Core committee. . She is also a member of the
Women's White Collar Defense Association (WWCDA).
Have been appointed by the National Committee ICC as a delegate to
the ICC Commission on Arbitration & ADR Centre.
Human Rights, Matrimonial Law, Family Law, Hindu Law,

Guardianship Law, Custody Rights, Law relating to grant of
Maintenance, Alimony and Matrimonial Assets, Law relating to
Protection of Women from Domestic Violence, Commercial Disputes,
International and Commercial Arbitration, Constitutional Law, Criminal
Law, Intellectual Property Matters, Copyright, Patent, Environmental
Law, Service Law, Banking Law, Property Disputes, Public Interest
Litigation and Private International Law.

**Professional Experience** :

- In the practice of law since 1980, practicing in the Supreme Court of India,
  High Courts of Delhi and various States.

- Special Senior Counsel in Supreme Court of India for Union of India.

- Special Senior Counsel in for NHIDCL, NDMC, Delhi Jal Board and MTNL

- Special Senior Counsel in Supreme Court of India for Union of India (2009-
  2014). Standing Counsel (Sr.) for Municipal Corporation of Delhi (South) in
  Supreme Court of India.

- Standing Counsel for the Union of India for 7 years i.e. w.e.f. 29.7.1998 to
  2005.

- Senior Standing Counsel for the Land & Building Department of Govt. of
  NCT of Delhi w.e.f. 23.3.2001 to 2005 and Counsel for P.W.D. and several
  Government Corporations including APMC, ESIC and CSIR.

- Counsel for Government of NCT of Delhi w.e.f. 30.4.1992 till 2009.

- Special Counsel for Government of NCT of Delhi w.e.f. 21.4.1995 in
  Supreme Court in matters of national importance, clearing Yamuna River,
  removal/regulation of hazardous industries, solid waste management, setting
  up of sewage treatment plants, common effluent treatment plants

- Counsel in several landmark land acquisition cases in the High Court and

Hon'ble Supreme Court including Gurdip Singh Uban, 13-South Delhi Villages, Yamuna Channelization, enhancement of compensation in Radha Soami Satsang Beas vs Union Of India And Ors. and acquisition of land in Ramjas Foundation & Ors vs Union Of India & Ors .

**Professional Accomplishments**:

- Counsel in Leading Judgments with regard to rights of Husband and Wife in Hindu Laws, right of maintenance, application of various Acts that govern the rights in HUF (Hindu Undivided Family) like Hindu Succession Act, Indian Succession Act, Hindu Adoption and Maintenance Act including:

  (i).    Romani Singh vs. Lt. Col. Vivek Singh, 2013VAD (Delhi) 311.

          Landmark judgment on the issue whether the mother of a minor child can be denied the custody, despite being the natural guardian of the minor.

  (ii).   Mr.Barun Kumar Nahar vs. Parul Nahar&Anr., 199(2013) DLT1 and Eveneet Singh Vs. Prashant Chaudhari & Anr., FAO(OS)71-72/2011.
          Judgments which set a precedent that Daughter-in-law has no right to reside in the property which belongs to her in-laws as the said property is not covered by the definition of 'shared household'.

  (iii).  Gaurav Gupta vs. NidhiBansal, CS (OS) No. 1772/2011.
          High Court restrained wife from coming to Husband's office and creating any disturbance.

  (iv).   Master Ryan through his mother Mrs. RidhimaJuneja vs. P.N. Juneja and Sons, FAO(OS)525/2009
          Landmark judgment by Delhi High Court recognizing the right of wife to reside in HUF property until divorced

  (v).    Smt. Vimla Mehra vs. Shri K.S. Mehra, 152(2009) DLT136.

Lead Judgment by High Court holding continuance of breaking down marriage amounting to cruelty and entities to a degree of divorce on grounds of cruelty.

(vi).    Harmeet Singh vs. RajatTaneja, 2003IIAD (Delhi) 14.
A pioneering judgment on the issue of forum convenience, natural jurisdiction and acquired/foreign jurisdiction vis-a-vis India's customary and procedural law.

(vii).    Begum Subanu alias Saira Banu and Anr. Vs. A.M. Abdul Gafoor, (1987) 2 SCC 285
In this far reaching judgment, the Supreme Court interpreted customary law vis-a-vis general law.

The husband invoked Muslim customary law to obtain divorce from his wife while providing a pittance amount as maintenance. The wife, who has left in penury, was granted maintenance by the Supreme Court on the ground that customary law to a limited extent has to give way to the welfare legislation which governs all citizens irrespective of their caste and religion.

- Involved as counsel in several cases relating to bails in offences against women, right to women to claim maintenance or properties which have been devolved upon the Husband from his ancestors. Many such judgments have been reported in Law Journals.

- Lead judgment on the right to employment of transgender in the para military forces in India on grounds of discrimination.

- Lead judgment regarding rights of woman tribal to property in view of Article 15 of the Constitution of India.

- Special Senior Counsel for the Delhi Government in a matter wherein the Head of an academic institution was suspended/removal for sexual harassment at workplace.

- Successfully defended ASSOCHAM in a case of sexual harassment at the workplace

## Other Accomplishments:

1. Vice President of the Indian Council of Arbitration **FICCI , member ICC** India chapter Core committee.
2. She is a member of **International Academy of Family Lawyers (IAFL)**
3. . She is  a member of the Women's White Collar Defense Association **(WWCDA).**
4. She has been appointed as a **Vice Chair of LAWASIA Women Lawyers Committee** in 2022**.**
5. Erstwhile Trustee of "Manushi", a Society, Publishing Monthly Magazine relating to women and Children.
6. Member Supreme Court Bar Association.
7. Member of Association of British Scholars.
8. Indian Trustee of Inlaks Foundation, India, which is a Scholarship Fund for Indian Scholars abroad.
9. Erstwhile Member, Selection Board, Rhodes Foundation and the Felix Foundation.
10. Vice President of Member of Oxford Cambridge Society
11. Erstwhile/former President Lady Sri Ram College Alumni Association.
12. Erstwhile member of the governing body of Gargee College, Delhi University, Delhi
13. Erstwhile member of the Governing Body of Bhaskar Acharya College of Sciences, University of Delhi.
14. Member of Institute of Constitutional and Parliamentary Affairs.
15. Member of Indian Society of International Law

## Papers Presented/Lectures Delivered:

1. Attended all the LAWASIA conferences including the 35th LAWASIA 2022 Conference at Sydney, Australia and the IAFL LawAsia symposium Brisbane in February 2024

2. Delivered a Lecture on Gender Justice at George Washington University, 2013 in October, 2013 where the Broad Areas of Discussion were:
   A. Some Offences against Women
      (i).    Sexual Harassment: Rape, Sexual Harassment at Workplace
      (ii).   Dowry Death and cruelty (Section 498-A of Indian Penal Code 1860, Section 406 Indian Penal Code 1860
      (iii).  Protection of women from Domestic Violence
      (iv).   Trafficking in Women \
      (v).    Pre-Conception Pre-Natal Diagnostic Techniques (Prohibition Of Sex Selection) Amendment Act, 2003
   B. Women      Empowerment: Reservation For Women At Parliament And Local Govt. Bodies
   C. Other Significant Women Empowerment Laws and Decisions

3. Given expert written opinions in matters relating to "Family Law in India" before Courts of Oman, United Kingdom, and Singapore.

4. Attended a conference in CROWNE Plaza, London and presented a paper on terrorism in the year 2009.

5. Delegate at the Womens Forum at Deauville, France, one of the members of the 50 Women delegation from India.

6. Presented on Joint Forestry Management to the World Bank for Indian Policy.

7. Delivered lectures at the Delhi Judicial Academy to members of the Higher Judiciary on land acquisition and Protection of women from domestic violence.

8. Imparted lectures in a refresher course in Jamia Millia University, New Delhi for three years on various human rights issues including:
   i.    Euthanasia/Mercy Killing/right to take one's life;
   ii.   Surrogacy;
   iii.  Rights of Transgenders;

9. Delivered Lectures on intellectual property rights including indigenous rights over (i) neem and wheat basmati, (ii) Cyber law (iii) Terrorism at Bharti Vidyapeeth University, Pune and Domestic Violence.

10. Delivered Lectures at National Institute of Financial Management, Faridabad.
11. Delivered lectures on domestic violence in the Delhi High Court at the initiative of the Delhi Legal Services Authority, Delhi High Court on which a book was also published.
12. Delivered lecture on Protection of Women from Domestic Violence and the Act of 2005 at the Judicial Academy.
13. Delivered lecture on "Children with Special Needs within National and International Legal Framework" at Society for Empowerment Wellbeing Achievement and Knowledge on 17th March 2012.
14. Delivered lecture on Protection of Women from Domestic Violence Act, 2005 at Mats Law School, Raipur, C.G.
15. Delivered a talk in a International Conference on "Criminal Justice System: Redefining Imperatives and Building Capacities" at Lahore, Pakistan held by Supreme Court Bar Association of Pakistan on 10th Sept, 2011.
16. Delivered a lecture on "Surrogacy: Changing Dimensions and Law" at CCS Haryana Agricultural University organised by Ministry of Women and Child Development, Govt. of India on 16th Feb 2012.
17. Delivered a lecture on the Criminal Justice System at Amity Law School and at Indore Law School.
18. Presented a paper in a All-India seminar on Judicial reforms by the Indian Bar Association.
19. Expert panelist in the electronic and print media on human rights issue, gender and custody rights, criminal law jurisprudence.
20. She has attended various Lawasia conferences, has delivered lectures at George Washington , USA and several other international fora, at University College , London, UK and on the Rights of Transgenders at SOAS University London UK (The School of Oriental and African Studies).

## Awards and Accolades

1. Distinguished Alumna Award by Lady Shri Ram College for Women (April, 2019).

2. BW Business Global Legal Award (Summit and Legal Leaders Awards 2019 by Business world.

3. Award for Outstanding Contribution to The Wellbeing Of Women by UNSDG Health Summit (2019).

4. Recognized by Indian National Bar Association in its book 'The Phenomenal SHE' (2018).

5. Awarded World Association for Small and Medium Enterprise's Most Prestigious Award (March, 2021).

6. Certificate of Appreciation by Alexis Group

7. Awarded the Star Women Lawyer of the year by Legal Era , Women in Law Excellence Awards 2022 (August 2022).

8. Awarded the Indian Law SKOCH  Award for service to Law (August 2023).

**Office:**                                     A-35, East of Kailash,
                                                New Delhi-110065, India
                                                Tel. (+91 11)41621636

**Chambers**:                                   109, Lawyers Chambers,
                                                The Delhi High Court,
                                                New Delhi
                                                Tel: (+91 11)23386545