The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: the Application of:<br><br>PRASANNA SANKARANARAYANAN,<br><br>       Petitioner,<br><br>  v.<br><br>DHIVYA SASHIDHAR,<br><br>       Respondent. | Case No.: 2:24-cv-01745-RAJ<br><br>[PROPOSED] ORDER<br>RE: ATTORNEY FEES<br>AWARDED TO RESPONDENT |

The Convention on the Civil Aspects of International Child Abduction
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq*.

THIS MATTER is before the Court following the Order (Docket #40) granting Respondent's Motion to Compel (Docket #35). For the reasons stated below, it is hereby ORDERED that:

Pursuant to Fed. R. Civ. P. 37(a)(5), Respondent is entitled to her reasonable attorney fees and expenses incurred in making her Motion. Respondent incurred reasonable attorney fees in the amount of $7,911.50, as detailed in **Exhibit 1** attached hereto and summarized as follows:

| Name | Title | Rate (Year) | Hours | Total |
|---|---|---|---|---|

| Katrina Seipel (KAS) | Attorney | $365.00 (2024) | 6.50 | $2,372.50 |
|---|---|---|---|---|
| Katrina Seipel (KAS) | Attorney | $415.00 (2025) | 7.60 | $3,154.00 |
| Katelyn Skinner (KDS) | Attorney | $450.00 (2024) | 5.30 | $2,385.00 |
| | | | Total | $7,911.50 |

Additionally, Respondent incurred reasonable costs in compelling Petitioner's deposition, including the appearance of the court reporter, copy of the transcript, and any associated charges for the compelled deposition of Petitioner on January 2, 2024, as detailed in the invoice attached hereto as **Exhibit 2**, in the amount of $1,044.20.

Respondent is hereby awarded her attorney fees in the amount of $7,911.50 and costs in the amount of $1,044.20, for a total money award of $8,955.70.

Dated this 15th day of January, 2025.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

Page 2 – [PROPOSED] ORDER RE: ATTORNEY FEES AWARDED TO RESPONDENT