## *Prasanna Sankaranarayanan v. Dhivya Sashidhar*
## 2:24-cv-01745-RAJ

## WITNESS LIST

| Witness Name | Date(s) Testified |
|---|---|
| Prasanna Sankaranarayanan | 01-06-2025<br>01-08-2025<br>01-22-2025 |
| Dhivya Sashidhar | 01-07-2025<br>01-08-2025 |
| Landon Poppleton | 01-08-2025<br>01-21-2025<br>01-22-2025 |
| Peter Favaro | 01-21-2025 |
| Deborah Day | 01-21-2025<br>01-22-2025 |
| Kee Lay Lian | 01-22-2025 |