# *Prasanna Sankaranarayanan v. Dhivya Sashidhar*
# 2:24-cv-01745-RAJ

# EXHIBIT LIST

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1 | Email between Petitioner and Granero Moving re Furniture Moving dated October 30, 2021 | A | 01-06-2025 | |
| 2 | Email between parties and Economic Development Board re Query on Dependent's Pass dated November 25, 2021 | A | 01-06-2025 | |
| 3 | Email between Respondent and Utkarsh Jain re virtual viewings of Singapore homes dated January 12, 2022 | A | 01-06-2025 | |
| 4 | Email between parties and Child's Montessori re immunization records dated February 28, 2022 | A | 01-06-2025 | |
| 5 | Email between Petitioner and Transport International re furniture shipping dated April 13, 2022 | A | 01-06-2025 | |
| 6 | Email from EVA Air re flights from Seattle to Singapore dated April 21, 2022 | A | 01-06-2025 | |
| 7 | Email between parties and Health Science Authority re importing medication dated May 2022 | A | 01-06-2025 | |
| 8 | Email from Two Men and a Moving Van dated May 24, 2022 | A | 01-06-2025 | |
| 9 | Email from Universal Relocation re furniture moving dated June 4, 2022 | A | 01-06-2025 | |
| 10 | Email between parties and Rheumatologist dated June 7, 2022 | A | 01-06-2025 | |
| 11 | Email between Respondent and Treetops re accommodation in Singapore upon arrival dated June 2022 | A | 01-06-2025 | |
| 12 | Email from Respondent re move to Singapore dated July 4, 2022 | A | 01-06-2025 | |
| 13 | Email from Universal Relocations re furniture moving dated July 13, 2022 | A | 01-06-2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 14 | Email between parties and Universal Relocations re cost of move to Singapore dated May 11, 2022 | A | 01-06-2025 | |
| 15 | Respondent and Child's Dependent's Passes, Petitioner's Visit Pass | A | 01-06-2025 | |
| 16 | Email re Acknowledgement of SG Arrival Card & Health Declaration dated July 15, 2022 | A | 01-06-2025 | |
| 17 | Child's Medical Forms and Immunization Record dated October 6, 2022 | A | 01-06-2025 | |
| 18 | Tenancy Agreement for 15 Ardmore Park dated July 27, 2022 | A | 01-06-2025 | |
| 19 | Tenancy Agreement for 4 Astrid Hill Singapore dated June 11, 2024 | A | 01-06-2025 | |
| 20 | 2022-2023 Semester 1 Singapore American School Report Card | A | 01-06-2025 | |
| 21 | 2022-2023 Semester 2 Singapore American School Report Card | A | 01-06-2025 | |
| 22 | 2023-2024 Semester 1 Singapore American School Report Card | A | 01-06-2025 | |
| 23 | Email between Petitioner and Singapore American School re admissions visit dated February 17, 2022 | A | 01-06-2025 | |
| 24 | Email between parties and Singapore American School re event registration dated February 22, 2022 | A | 01-06-2025 | |
| 25 | Email between parties and Singapore American School re application fee dated February 24, 2022 | A | 01-06-2025 | |
| 26 | Email between parties and Singapore American School re orientation dated July 18, 2022 | A | 01-06-2025 | |
| 27 | Email between parties and Singapore American School re teacher introduction dated July 24, 2022 | A | 01-06-2025 | |
| 28 | Email between parties and Singapore American School re activities dated July 27, 2022 | A | 01-06-2025 | |
| 29 | Emails between parties and Singapore American School re moved house dated August 22, 2022 | A | 01-06-2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 30 | Email from Eagle Activities to Petitioner re bus drop-off dated August 27, 2022 | A | 01-06-2025 | |
| 31 | Email between parties and Singapore American School re Respondent's phone number change dated December 2, 2022 | A | 01-06-2025 | |
| 32 | Email from Veracross re Re-enrolling Child in Singapore American School dated February 16, 2023 | A | 01-06-2025 | |
| 33 | Email from Respondent to Singapore American School re Amar's birthday in school dated February 21, 2023 | A | 01-06-2025 | |
| 34 | Email from Singapore American School to Parties re swim card dated March 17, 2023 | A | 01-06-2025 | |
| 35 | Email between parties and Singapore American School re school bus change dated August 14, 2023 | A | 01-06-2025 | |
| 36 | Event Registration Confirmation at Singapore American School dated August 21, 2023 | A | 01-06-2025 | |
| 37 | Child's Offer Letter from United World College of South East Asia dated March 20, 2024 | A | 01-06-2025 | |
| 38 | Invoice for United World College of South East Asia Term 1 dated March 20, 2024 | A | 01-06-2025 | |
| 39 | Child's Offer Package for United World College of South East Asia dated March 30, 2024 | A | 01-06-2025 | |
| 40 | Enrollment in Chinese classes at United World College of South East Asia dated March 30, 2024 | A | 01-06-2025 | |
| 41 | Invoice for United World College of South East Asia Term 2 dated June 14, 2024 | A | 01-06-2025 | |
| 42 | Payment Receipt for Extracurricular Activities dated October 9, 2024 | A | 01-06-2025 | |
| 43 | Email from United World College of South East Asia to parties re skateboarding dated October 10, 2024 | A | 01-06-2025 | |
| 44 | Email from United World College of South East Asia to Petitioner re fees dated November 6, 2024 | A | 01-06-2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 45 | Email from Respondent to United World College South East Asia re withdrawal dated November 6, 2024 | A | 01-06-2025 | |
| 46 | Email from United World College South East Asia to the parties re withdrawal dated November 7, 2024 | | | |
| 47 | Email between parties re selling belongings before move dated February 21, 2022 | A | 01-06-2025 | |
| 48 | Email between parties re Singapore American School jumpstart dated April 13, 2022 | A | 01-06-2025 | |
| 49 | Email between parties, Madhu Sudan and Ram Prasha re furniture shipping dated April 22, 2022 | A | 01-06-2025 | |
| 50 | Email between parties re Confirmation of Shangri-La, Singapore dated May 24, 2022 | A | 01-06-2025 | |
| 51 | Email between parties re short term rental packages dated May 31, 2022 | A | 01-06-2025 | |
| 52 | Email between parties re Swim school evaluations dated August 12, 2022 | A | 01-06-2025 | |
| 53 | Email between parties re Eagles Activities & Athletics sign up dated August 15, 2022 | A | 01-06-2025 | |
| 54 | Email between parties re after-school event dated November 29, 2022 | A | 01-06-2025 | |
| 55 | Email between parties re bus to international fair dated February 9, 2023 | A | 01-06-2025 | |
| 56 | Email between parties re book reading series dated May 29, 2023 | A | 01-06-2025 | |
| 57 | Email between parties re cricket dated August 20, 2023 | A | 01-06-2025 | |
| 58 | Email between parties re arrival in Washington dated October 15, 2024 | A | 01-06-2025 | |
| 59 | Gleneagles Hospital in Singapore Receipt dated March 14, 2023 | A | 01-06-2025 | |
| 60 | Vision Screening Results for Child dated April 4, 2023 | A | 01-06-2025 | |
| 61 | Child's Birthday Invitations | A | 01-06-2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 62 | WhatsApp Message Inviting Child to Playdate | A | 01-06-2025 | |
| 63 | Collage of Photos of Child | A | 01-06-2025 | |
| 64 | Collage of Child and Petitioner 1 | A | 01-06-2025 | |
| 65 | Collage of Child and Petitioner 2 | A | 01-06-2025 | |
| 66 | Petitioner's Police Report re physical aggression in Singapore dated August 31, 2024 | A | 01-06-2025 | |
| 67 | Respondent's Police Report for Domestic Violence in Singapore dated August 31, 2024 | A | 01-06-2025 | |
| 68 | Respondent's Affidavit filed in Singapore dated September 9, 2024 | A | 01-06-2025 | |
| 69 | Respondent's Maintenance Application in Singapore Court dated September 9, 2024 | A | 01-06-2025 | |
| 70 | Respondent's Personal Protection Application dated September 26, 2024 | A | 01-06-2025 | |
| 71 | Respondent's Affidavit filed in Singapore re service via email dated October 2, 2024 | A | 01-06-2025 | |
| 72 | Respondent's Police Report for Sexual Assault in Singapore dated October 2, 2024 | A | 01-06-2025 | |
| 73 | Respondent's Police Report for Voyeurism in Singapore dated October 3, 2024 | A | 01-06-2025 | |
| 74 | Affidavit of Respondent in Washington Court re interim order for sole custody dated October 7, 2024 | A | 01-06-2025 | |
| 75 | Email from East Asia Law to Respondent re Dependent's Pass and Divorce dated October 11, 2024 | A | 01-06-2025 | |
| 76 | Ex Parte Originating Summons in Singapore Court dated October 14, 2024 | A | 01-06-2025 | |
| 77 | Affidavit of Petitioner in Singapore Seeking order for custody dated October 15, 2024. | A | 01-06-2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 78 | Order of Court in Singapore Court not to remove Child dated October 15, 2024 | A | 01-06-2025 | |
| 79 | Order of Court in Singapore not to remove Child, provide whereabouts by October 18, 2024 | A | 01-06-2025 | |
| 80 | Affidavit of Respondent in Singapore Court re custody of Child dated October 23, 2024 | A | 01-06-2025 | |
| 81 | Order of Court in Singapore not to remove Child and file stay of proceedings dated October 24, 2024 | A | 01-06-2025 | |
| 82 | Letter from Drew Napier to Respondent re notes of evidence dated October 29, 2024 | A | 01-06-2025 | |
| 83 | Document stating there is no outstanding warrant of arrest | | | |
| 84 | Petitioner's Personal Protection Application in Singapore dated October 30, 2024 | A | 01-06-2025 | |
| 85 | Summons for Custody of Child in Singapore Court dated November 5, 2024 | A | 01-06-2025 | |
| 86 | Affidavit of Petitioner re interim video access in Singapore dated November 5, 2024 | A | 01-06-2025 | |
| 87 | Email between Respondent and Court re intent to withdraw orders in Singapore dated November 6, 2024 | A | 01-06-2025 | |
| 88 | Affidavit of Petitioner re remaining enrolled at school in Singapore Court dated November 6, 2024 | A | 01-06-2025 | |
| 89 | Email from Singapore Court to Drew Napier re request to withdraw applications dated November 7, 2024 | | | |
| 90 | Letter from August Law to Drew Napier re Respondents Redmond address dated November 9, 2024 | A | 01-06-2025 | |
| 91 | Order of Court re leave to withdraw maintenance in Singapore dated November 13, 2024 | A | 01-06-2025 | |
| 92 | Order of Court re leave granted to withdraw personal protection application in Singapore dated November 13, 2024 | A | 01-06-2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 93 | Letter from Singapore Police to Petitioner re no further investigation re rape dated November 20, 2024 | A | 01-06-2025 | |
| 94 | Conditional Warning for Petitioner re voyeurism dated November 21, 2024 | A | 01-06-2025 | |
| 95 | Email from Singapore Police to Drew Napier re voyeurism warning dated November 21, 2024 | | | |
| 96 | Email from Singapore Police to Drew Napier re request for passport dated November 22, 2024 | | | |
| 97 | Respondent Divorce Filing in Washington Court dated September 6, 2024 | A | 01-06-2025 | |
| 98 | Letter from Respondent's Washington Counsel to Petitioner dated September 12, 2024 | A | 01-06-2025 | |
| 99 | Immediate Restraining Order and Hearing Notice filed in Washington Court dated October 7, 2024 | A | 01-06-2025 | |
| 100 | Respondent Return Reasons re return to Washington dated October 10, 2024 | A | 01-06-2025 | |
| 101 | Washington Court Order re reconsideration and clarification dated October 10, 2024 | A | 01-06-2025 | |
| 102 | Emergency Ex Parte Motion for Temporary Family Law Order in Washington Court dated October 14, 2024 | A | 01-06-2025 | |
| 103 | Respondent's Declaration in Washington Court, dated October 30, 2024 | A | 01-06-2025 | |
| 104 | Motion re Jurisdiction and Anti Suit Injunction in Washington Court dated October 30, 2024 | A | 01-06-2025 | |
| 105 | Motion for Temporary Order in Washington Court dated December 11, 2024. | A | 01-06-2025 | |
| 106 | Respondent's Amended Verified Answer and Affirmative Defenses | A | 01-06-2025 | |
| 107 | Dr. Day's Rebuttal Curriculum Vitae and Expert Report | A | 01-21-2025 01-22-2025 | Curriculum Vitae admitted 01-21-2025 Expert Report admitted 01-22-2025 |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 108 | Dr. Peter Favaro Curriculum Vitae and Expert Report | A | 01-21-2025 | Curriculum vitae only admitted |
| 108A | Dr. Peter Favaro Expert Report (with redactions) | | | |
| 109 | Ms. Kee Lay Lian's Expert Report and Curriculum Vitae | A | 01-06-2025 | |
| 110 | Dr. Poppleton's Child History Questionnaire, filled out by Respondent | A | 01-06-2025 | |
| 111 | Notes of Dr. Poppleton's Evaluation of Respondent | A | 01-06-2025 | |
| 112 | Notes of Dr. Poppleton's Evaluation of the Child | A | 01-06-2025 | |
| 113 | Recording of Dr. Favaro's Session with the Child (1) | | | |
| 114 | Recording of Dr. Favaro's Session with the Child (2) | | | |
| 115 | Recording of Dr. Favaro's Session with the Child (3) | | | |
| 116 | Recording of Dr. Favaro's Session with the Child (4) | | | |
| 117 | Transcript of Dr. Poppleton's Deposition (1) | | | |
| 118 | Transcript of Dr. Poppleton's Deposition (2) | | | |
| 119 | Transcript of Respondent's Deposition (1) | | | |
| 120 | Transcript of Respondent's Deposition (2) | | | |
| 121 | Transcript of Respondent's Mother Deposition | | | |
| 122 | Anti Suit Order filed in India dated December 19, 2024 | A | 01-06-2025 | |
| | | | | |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 301 | Curriculum Vitae of Landon Poppleton, PhD, JD | A | 01-06-2025 | |
| 302 | Respondent's Expert Report – Dr. Landon Poppleton | A | 01-06-2025 | |
| 303 | Email between parties re: Articles about Tantrums dated April 29, 2019 | A | 01-06-2025 | |
| 304 | Email between parties re: Return and Child's Passport dated September 24 to 25, 2024 | A | 01-06-2025 | |
| 305 | Email between parties re: Conversation dated November 18 through November 21, 2017 | A | 01-06-2025 | |
| 306 | Email between parties re: Driver for Child dated September 24 to 25, 2024 | A | 01-06-2025 | |
| 307 | Email between parties re: Passport and Singapore Return dated September 4, 2024 and September 28, 2024 | A | 01-06-2025 | |
| 308 | Email from Respondent to Petition re: arrival in Washington dated October 14, 2024 | A | 01-06-2025 | |
| 309 | Email from Respondent to Singapore Health Sciences Authority re: approval to import therapeutic products into Singapore dated Mary 26, 2022 through June 1, 2022 (with attachments) | A | 01-06-2025 | |
| 310 | Email re: Payment receipt from Allegro Pediatrics dated March 26, 2022 | A | 01-06-2025 | |
| 311 | Email between parties re: PPO and maintenance Hearing dated October 9, 2024 | A | 01-06-2025 | |
| 312 | Email from Redmond Pediatric Dentistry to Respondent re: Appointment Reminder dated March 25, 2022 | | | |
| 313 | Messages between Respondent and Mother re: unsafe feeling in Astrid Hill house | | | |
| 314 | Email from Respondent to Petitioner re: Urgent funds needed dated September 30, 2024 | A | 01-06-2025 | |
| 315 | Email to parties re: Lease Agreement with Urban Vault (change in lessee) dated October 5, 2024 | A | 01-06-2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 316 | Message re: safe arrive in Washington dated October 14, 2024 | A | 01-06-2025 | |
| 317 | Metrozone / Petitioner Lease dated April 22, 2024 | A | 01-06-2025 | |
| 318 | Letter to Singapore Police Force from Petitioner's attorneys dated October 29, 2024 | A | 01-06-2025 | |
| 319 | Petitioner's Passport | A | 01-06-2025 | |
| 320 | Singapore American School Report Card for 2023 to 2024 for child | A | 01-06-2025 | |
| 321 | Respondent's 2023 W-2 for Microsoft Corporation | A | 01-06-2025 | |
| 322 | Joint Tax Returns for parties for 2022 | A | 01-06-2025 | |
| 323 | Coworking Leave and License of Space Agreement between Mispras Furnishing Private Limited and Social Software Labs PTE, LTD, by Director Prasanna Sankar - Petitioner | A | 01-06-2025 | |
| 324 | Order to Appear and Show Cause in King County, Washington Superior Court Case No. 24-3-04716-0 SEA | | | |
| 325 | Temporary Protective Order and Hearing Notice in King County, Washington Superior Court Case No. 24-2-24231-7 SEA | A | 01-06-2025 | |
| 326 | Vehicle Registration Certificate (India) | A | 01-06-2025 | |
| 327 | WhatsApp Messages between parties dated December 11, 2022 through September 18, 2024 | A | 01-08-2025 | Page 43 offered and refused on 01-07-2025<br><br>Pages 47 and 105 offered and admitted on 01-08-2025 |
| 328 | WhatsApp Messages between parties dated September 30, 2019 through July 20, 2022 | | | |
| 329 | Transcript from Deposition of Petitioner taken December 19, 2024 | | | |
| 330 | Affidavit of Petitioner Prasanna Sankaranarayanan (Singapore case) dated October 15, 2024 | A | 01-06-2025 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 331 | Affidavit of Petitioner Prasanna Sankaranarayanan (Singapore case) dated October 23, 2024 | A | 01-06-2025 | |
| 332 | Affidavit of Petitioner Prasanna Sankaranarayanan (Singapore case) dated November 5, 2024 | A | 01-06-2025 | |
| 333 | Affidavit of Petitioner Prasanna Sankaranarayanan (Singapore case) dated November 6, 2024 | A | 01-06-2025 | |
| 334 | Affidavit of Petitioner Prasanna Sankaranarayanan (India case) dated November 19, 2024 | A | 01-06-2025 | |
| 335 | Affidavit of Petitioner Prasanna Sankaranarayanan (India case) dated September 24, 2024 | A | 01-06-2025 | |
| 336 | Audio Recording of child interview by Dr. Favaro (Day 2, Part 1 of 2) | | | |
| 337 | Audio Recording of child interview by Dr. Favaro (Day 2, Part 2 of 2) | | | |
| 338 | Audio Recording of child interview by Dr. Favaro (Day 3, Part 1 of 2) | | | |
| 339 | Audio Recording of child interview by Dr. Favaro (Day 3, Part 2 of 2) | | | |
| 340 | Video/Movie from Camera 1 | | | |
| 341 | Video/Movie from Camera 2 | | | |
| 342 | Video/Movie from Camera 3 | | | |
| 343 | Video/Movie from Camera 4 | | | |
| 344 | Video/Movie from Camera 5 | | | |
| 345 | Transcript of Deposition of Respondent Day 1 taken December 20, 2024 | | | |
| 346 | Transcript of Deposition of Respondent Day 2 taken December 23, 2024 | | | |
| 347 | Transcript of Deposition of Respondent's Mother taken December 20, 2024 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 348 | Transcript of Deposition Dr. Poppleton Day 1 taken December 19, 2024 | | | |
| 349 | Transcript of Deposition of Dr. Poppleton Day 2 taken December 23, 2024 | | | |
| 350 | Transcript from Deposition of Petitioner (Volume 2) taken January 2, 2025 | | | |
| 351 | WhatsApp Chat Messages with Petitioner and others dated November 17, 2024 through December 12, 2024 | A | 01-06-2025 | |
| 352 | Petitioner's Declaration Regarding Production of Documents dated January 2, 2025 | A | 01-06-2025 | |
| 353 | Petitioner's supplemental Declaration Regarding RFP No. 10 dated January 3, 2025 | A | 01-06-2025 | |
| 354 | JP Morgan statement, account x8125 dated November 1, 2024 through November 29, 2024 for account belonging to Petitioner | A | 01-06-2025 | |
| 355 | E*Trade statement dated July 1, 2024 through September 30, 32024 for account belonging to Petitioner | A | 01-06-2025 | |