# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRASANNA SANKARANARAYANAN,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>DHIVYA SASHIDHAR,<br><br>　　　　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO: 2:24-cv-01745-RAJ |

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Petitioner Prasanna Sankaranarayanan against Respondent Dhivya Sashidhar.

DATED this 22nd day of January, 2025.

　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　By:   _/s/ Victoria Ericksen_
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk