The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRASANNA SANKARANARAYANAN, <br><br> Petitioner, <br><br> vs. <br><br> DHIVYA SASHIDHAR, <br><br> Respondent. | No. 24-1745 <br><br> [PROPOSED] STIPULATED ORDER |

1. Before the Court is the Verified Petition for Return of the Child to Singapore (the "Petition") filed by the Petitioner, Prasanna Sankaranarayanan (the "Petitioner"), against the Respondent, Dhivya Sashidhar (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA") [ECF No. 1].

2. The evidentiary hearing for this matter was first held on January 6, 7, and 8, 2025. The hearing was continued on January 21 and 22, 2025. On January 22, 2025, at the conclusion of the evidentiary hearing, Honorable Richard A. Jones issued an oral opinion granting the Petition. The Court issued a judgment in favor of Petitioner against Respondent on that same day. [ECF No. 72].

3. Now, the parties are engaged in amicable discussions regarding various issues which implicate Petitioner's right to seek attorney fees and costs in this case. Upon the consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

1. **ORDERED** that Petitioner's deadline to file for attorney fees and costs in connection with this litigation is hereby extended until February 12, 2025.

DATED at __:__ this __ day of February, 2025

BY THE COURT:

_____
RICHARD A. JONES
CHIEF JUDGE

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

/s/Richard Min                                                                              /s/Katrina Seipel

Richard Min (Pro Hac Vice pending)                                       Katrina Seipel
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: (212) 681-6400
Fax: (212) 681-6999
rmin@gkmrlaw.com

Attorneys for Petitioner                                                              Attorneys for Respondent
PRASANNA SANKARANARAYANAN                                      DHIVYA SASHIDHAR